*Laila M. Ghabrial,* in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided February 3, 1998

STATE OF CONNECTICUT *v.* JAMES M. STERBINSKY

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 918 (AC 15934), is denied.

*Michael J. Melly,* in support of the petition.

*Eileen McCarthy Geel,* deputy assistant state's attorney, in opposition.

Decided February 3, 1998

STATE OF CONNECTICUT *v.* GREGORY MOODY

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 922 (AC 16550), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Glen W. Falk,* special public defender, in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided February 3, 1998